UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEYON ROBERSON,<br><br>Defendant. | Criminal No. 1:23-cr-10186-ADB |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for defendant Keyon Roberson in the above-captioned case.

Respectfully submitted,

/s/ *Alexandra Arnold*
Alexandra Arnold (BBO #706208)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160
aarnold@clohertysteinberg.com

Dated: February 15, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on February 15, 2024.

/s/ *Alexandra Arnold*
Alexandra Arnold
