# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEYON ROBERSON,<br><br>Defendant. | Criminal No. 1:23-cr-10186-ADB |

### ASSENTED-TO MOTION TO CONTINUE DETENTION HEARING

Defendant Keyon Roberson moves to continue his detention hearing, now scheduled for February 22, 2024, to February 28, 2024, at 10:00 a.m., or another time that is convenient for the Court. The government assents to this motion and is available on February 28, 2024, at 10:00 a.m., and the clerk has noted that that time is available on the Court's calendar. As grounds for his motion, Mr. Roberson states that the requested extension is being sought to ensure that his counsel have sufficient time to prepare for the hearing and to schedule a pre-hearing interview with U.S. Probation.

Respectfully submitted,

KEYON ROBERSON,
by his attorneys,

/s/ *Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: February 20, 2024

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on February 20, 2024.

                                             /s/ *Alexandra Arnold*
                                             Alexandra Arnold