# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Crim. No. 23-cr-10186-ADB |
| KEYON ROBERSON | ) |
| Defendant. | ) |

## MOTION FOR RULE 11 HEARING

Defendant Keyon Roberson, by and through his undersigned counsel, hereby requests that the Court schedule a hearing pursuant to Fed. R. Crim. P. 11 at a date that is convenient for the Court.

Respectfully submitted,

/s/ Daniel J. Cloherty
Daniel J. Cloherty (BBO #565772)
Alexandra Arnold (BBO #706208)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA  02111
(617) 481-0160
dcloherty@clohertysteinberg.com
aarnold@clohertysteinberg.com

*Counsel for Defendant Keyon Roberson*

Dated: March 31, 2025

## **CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on March 31, 2025.

                                        /s/ *Daniel J. Cloherty*
                                        Daniel J. Cloherty