# EXHIBIT

# A

July 6, 2025

The Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Burroughs,

My name is Lakisha Roberson, Keyon's mother. Although Keyon is my second-oldest child, he has always been like the oldest big brother to his siblings. He has three other siblings who adore him and miss him so much. He is the one they go to for advice, and he is always the person who steps in to manage disagreements between his siblings because of his calm and rational manner. Despite the many challenges that Keyon and our family have faced, Keyon has always been the glue in our family, and we miss him terribly.

When Keyon was young, we were always in and out of the hospital because of his chronic asthma, and as he grew up, he started dealing with ADHD, depression, and anxiety. These issues all got so much worse after Keyon's best friend was murdered, and I know that Keyon is still dealing with the consequences of that loss.

I raised Keyon as a single mom, and I always wanted the best for him. Although Keyon did not have a father figure in his life, he has been a wonderful, supportive father to his four-year-old son, Kyhaire. In fact, it was when Kyhaire was born that I saw Keyon change and begin to really focus on improving himself. He was determined to get a job so that he could provide for his son, and he finally found a job that he loved and was passionate about—unfortunately just before his arrest. Keyon has told me that he plans to get his GED, and I believe that Keyon's desire to be a good father and role model for his son will continue to drive him to better himself during and after his incarceration.

I have always been and always will be Keyon's strong supporter. I speak with him every day, and I believe that with the support of his family and his desire to be a good father to his son, he will emerge from this chapter of his life a better man.

Thank you for your time,
Lakisha Roberson

# EXHIBIT

# B

The Honorable Allison D. Burroughs

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, MA 02210


Dear Judge Burroughs,

My name is Keyandra Roberson, I am Keyon's oldest sister, but he's always been like an older brother to me in a sense. He has always been someone I can count on when I feel down or discouraged. I knew if I came to him my outlook on the situation, I was dealing with would be better than if I dealt with it alone. When Keyon speaks, everyone's eyes would gravitate towards him immediately because of how wise he is at a young age. At times I would even tell him he should become a public speaker. He would laugh and be like "Keke, you think so"".  And let's not forget about that big smile that lights up the room. It's so contagious, even when you are having a bad day it'll latch on to you.

Some may say that odds were against him when we found out he had ADHD and struggled with depression at a young age, but that never stopped him from being determined and eager to persevere through his challenges. When he was introduced to his counselors at Home for Little Wanderers, he was willing to do the work to become a better him. Which I admire him for because it's not easy dealing with a disadvantage as a young adult. Especially going to school with kids who can be mean due to you getting extra help. He would always tell me "I got this Keke," which made me teary eyed because I knew he was going to put his best foot forward. He never let outsiders dictate what his future would hold. Whenever we would have heart to heart talks Keyon always told me he wanted a career, where he could provide for us. He would switch between a engineer and a SWAT officer. My advice to him as a big sister would always be "you can do whatever you put your mind to" and he always stood by that when things got a little tough.

In 2021, Keyon became a father to his now 4 year old son. I was the first person he told, at first he was scared because he wasn't sure how great of a father he would be, due to his personal issues with his father. But soon as he was born those worries went out the window. Keyon showed me what it was to have a present father, this wasn't just a title for him. He goes above and beyond for his son even when he didn't have all of the funds he would make it work.

My brother has always been there for me through thick and thin. Keyon is someone you can pour your heart out to and he will never judge you. That's why whenever he needed me I was there with no questions asked.  I've always been one of Keyon's biggest supporters for whatever he wanted to achieve in life. He could always come to me with his ideas. Some people would say that is "crazy" and I would respond "boy that ain't crazy, you better do that".

Encouragement was something big between us two because my mom always taught us family first. Through this tough time in his life I vow to also give him the love and support he needs like any other obstacle he has faced in life. Keyon is not a statistic, he has ambition and when he makes mistakes he's quick to correct them. It might have been a little too late, but Keyon was trying to turn his life around for the better with working at Planet fitness, he was even going to be offered a higher position at one point. As Keyon is still  learning to find his path through life, I am here to be the person he leans on. We are manifesting his return home sooner rather than later. As that support I will be here to help him rebuild his confidence with working, finding housing and being a helping hand to his son.

Judge Burroughs, I thank you for your time and I hope you see the same characteristics in Keyon as I do.

# EXHIBIT

# C

July 7, 2025

The Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210


Dear Judge Burroughs,

My name is Precious Valentine, and I am Keyon Roberson's half-sister.

My brother and I have lived a troubled life, but despite the adversity we have faced, we have done our best not to let our circumstances define us. Keyon has overcome so much, and I have seen him continue to change and grow, even during his incarceration.

Keyon has always been a sweet and selfless person. He puts his family first and always steps up to be the person that my siblings and I need. My father, who recently passed away, was not the best role model, but I loved and cared for him, and since his death, Keyon made sure to step in and ensure that me and my siblings felt surrounded by his love.

Despite everything that Keyon has been through, he never lets that get in the way of caring for the people he loves. He goes above and beyond for his family and is an amazing father to his young son.

Since his incarceration, I have seen Keyon recognize the harms that he has caused—to his family and to society—and devote himself to straitening up his actions and to work to be better than where he "came" from. Although he is a product of his environment, he now understands that he does not need to be defined by that environment and should strive for more, not only for himself but to be a role model for his son.

I believe, deeply, that Keyon will emerge from this a better man, and I ask that you give him the opportunity to return to his loving family and to begin rebuilding his life as soon as possible.

Thank you for your consideration,
Precious Valentine

# EXHIBIT

# D

June 25, 2025

The Honorable Allison D. Burroughs
John Joseph Moakley U.S Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Burroughs,

My name is Dorothy Roberson, Keyon's grandmother.

I have been part of Keyon's life since he was born. Despite our family's difficult circumstances, Keyon was raised with so much love. And it shows: he has taken on the loving, caring, and compassionate characteristics that he was raised with, and is beloved by his siblings and extended family. Keyon is a listener, a learner, a "sponge" so to speak. So, planting the right seeds to help him grow has always been a top priority. Unfortunately, though, he lacked some of the structure that he needed in not having a father, and he made some wrong turns along the way.

My family has been brought up in a tough environment. But we are resilient and determined to make a better future for our young people, to make sure our children, grandchildren, and great-grandchildren are afforded a better life than we have experienced. Keyon embodies that commitment. Before his arrest, he had finally found a job that suited him and that he enjoyed. I was so proud of him and did what I could to support him, including offering him Ubers to make sure that he would make it to work. He always insisted on being on time and was committed to providing for his family, including his young son. It was as though the seeds that we had planted along the way were finally growing.

I believe that those seeds have taken firm root, and I hope that you will see Keyon's potential and allow him to return to his family as soon as possible so that we can nurture his growth into the good and responsible man we know that Keyon is and will continue to become.

Thank you for your time and consideration,
Dorothy Roberson

# EXHIBIT

# E

June 18, 2025

The Honorable Allison D. Burroughs
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Burroughs,

My name is Tamika Roberson, and I am Keyon's aunt. I have been present in his life since his birth. As a small village, our family has worked to raise our children together to make positive contributions to society.

Keyon is a somewhat shy young man, but he is a ray of light in our family. He loves to joke and make us smile and to take care of his siblings. He takes pride and responsibility in being a father. And like many parents, his goal is to make his child's life better than our own by holding a job to properly provide for him. Before his arrest, Keyon was working at Planet Fitness at a job that he truly enjoyed.

Keyon's maternal family side is very close knit, and we encourage and support each other in our endeavors. We have traditions, such as family day trips, game nights, barbeques and Thanksgiving and Christmas hosting that keep us together and abreast of things going on in each other's lives.

Our hope is to have Keyon back in our fold as soon as possible so that we can support and encourage him down the positive path that he was on prior to his arrest. We know that he has the potential to be a contributing member of society, and we are committed to supporting him as he integrates back into society.

Sincerely,
Tamika Roberson

# EXHIBIT

# F

July 5, 2025

The Honorable Allison D. Burroughs
John Joseph Moakley U.S Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Burroughs,

My name is Ashley Cotton, Keyon Roberson's aunt. Keyon was my first nephew, and as I was unable to have kids of my own, I have been blessed to witness and be part of the growth of this young man.

When I was younger, I was lucky enough to come across a flyer recruiting youth organizers for a job. I stumbled into an opportunity working for a local non-profit community organization. During my time as an organizer, Keyon volunteered with us frequently, door knocking for voting in local and city elections, and protesting for a youth center in Jackson Square, to bring youth together in a positive manner.

As Keyon got older, I helped him open his first bank account, worked on his resume with him, and helped him look for jobs. Before Keyon found his dream job at Planet Fitness, I referred Keyon to be a receiver another location of the fast-fashion brand where I am a store manager.

Watching Keyon become a father was a major milestone. The amount of care and attention he put into raising his son has been amazing. He had no idea what to expect, but he knew what he was missing as a child and wanted to provide that for his son, Khyaire.

Speaking to my nephew recently, I know that he is ready to make new beginnings. Keyon always had a hardworking mentality, and I am positive that he is committed to improving himself and being able to support his family as soon as he can, including by getting his GED, which has been a big goal of his. I believe that with the support that he has from his family and his community, he can overcome the obstacles that stand in his way and be a contributing member of society.

I vow, as I have done in the past, to support Keyon in every way that I can. My family and I are committed to supporting our young people, and we have already discussed how we can support Keyon and ensure that none of the other twelve kids in our extended family slip through the cracks.

Thank you so much for your time and consideration.

Sincerely,
Ashley Cotton

# EXHIBIT

# G

Eddie Joseph Cotton
Cottonman1000@icloud.com
857-277-8834

June 20, 2025

The Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210


Dear Judge Burroughs,

My name is Eddie Joseph Cotton, and I am writing in heartfelt support of my nephew, Keyon
Roberson. I have known Keyon his entire life, not only as his uncle but as someone who has
lived closely with him and played a consistent, supportive role in his upbringing. I respectfully
submit this letter as a testament to his character and his capacity for growth and change.

Keyon was raised around me from birth. For a time, I lived with him and his mother during a
financially difficult chapter in my life. That experience gave me the opportunity to see who he
truly is, not just in passing moments, but in daily life. From the start, Keyon stood out for his
bright mind and inquisitive spirit. He had a genuine love for learning, especially about nature and
weather. I vividly remember his fascination with tornadoes, how he'd study them, watch
documentaries, and explain their mechanics with excitement far beyond his years. He was
always that child who wanted to know why and how the world worked.

Keyon was also joyful and loving. He enjoyed music, was competitive in video games, and had a
warmth about him that made him a joy to be around. His spirit made an impression on anyone
who took the time to notice.

As he grew older, like many young men from underserved communities, Keyon became curious
about street life. Despite the efforts of many of us in his family to guide him otherwise, that
curiosity led him astray. But I have seen a change in him, deep, personal, and spiritual. During
his incarceration, Keyon embraced Islam, a faith I also practice. I know what it means when
someone sincerely commits to this path: it demands self-discipline, moral clarity, and
accountability. Our conversations have shown me that he has taken these lessons seriously.

Keyon has matured. He has expressed sincere regret and a strong desire to rebuild his life for
himself and especially his son. He no longer glorifies the things that once tempted him. What he
seeks now is structure, purpose, and redemption.

As someone who also once followed curiosity down the wrong path and faced the harsh realities
and consequences of that way of life, I have managed to completely rebuild my life. I have
worked for the MBTA for over 11 years, hold a commercial driver's license, co-manage a family
retail and fragrance business, and am currently pursuing my real estate license. I have four

beautiful children and a lovely wife and have built a stable and productive life. I am also a certified human rights consultant, an active member of The Afrodescendant Nation, and I've contributed to the Boston Reparations Commission and Mayor Wu's reparations Taskforce. I share these details because I want you to know that I will be part of Keyon's support system, and I stand ready to help him reintegrate into society, provide mentorship, and guide him toward opportunities that align with his newfound sense of direction.

Your Honor, I am not asking you to excuse Keyon's past mistakes, but I ask that you take the time to see the man Keyon is becoming. With the support of his family, his faith, and his community, he can emerge from this experience not hardened but transformed.

Thank you for your time and consideration,

Eddie Joseph Cotton
Cottonman1000@icloud.com
857-277-8834

# EXHIBIT

# H

To the Honorable Judge Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Burroughs,

My name is Kellina Abrahams, and I am writing to you as the former General Manager of Planet Fitness in Central Square, where I worked for five years. During that time, I had the opportunity to manage and get to know Keyon Roberson, who first came into our gym in 2022 seeking employment.

From the very beginning, Keyon impressed me with his respectful demeanor and eagerness to work. He introduced himself politely and asked if we were hiring. Something about his presence, ambition, and determination stood out to me. I interviewed him on the spot—something I rarely do—and offered him a position immediately.

Although I didn't know him personally before that moment, Keyon quickly proved to be one of the most dependable and hardworking employees on my team. He consistently went above and beyond for our members and fellow staff. He often volunteered to cover shifts, even at other locations, and was always willing to handle tasks that others avoided, including difficult maintenance issues in the locker rooms. He brought joy, positivity, and humor to the workplace and was truly loved by both members and the team.

Keyon also exemplified what it means to be a devoted father. His son would visit him during lunch breaks, and the love and connection between them were undeniable. You could see that being a father wasn't just a title to Keyon—it was a priority and a deep part of his identity. I can only imagine the pain and confusion his son must be feeling in his absence.

Keyon's character was always rooted in honesty and humility. I remember a day when he arrived at work visibly upset. When I checked in with him, he shared that he was dealing with some legal matters. He was honest and open, letting me know that some upcoming court dates might interfere with his schedule. I respected that transparency and worked with him so he could attend to his personal matters. Even then, on days he had court, he still showed up to work and would request to attend his hearings via Zoom from my office. That kind of commitment showed me that he wasn't looking for excuses—he was trying to hold everything together and do the right thing.

Keyon is not just a statistic. He is a young man doing everything he can to build a better future. He's someone who strives to grow, stay grounded, and learn from life's challenges. One moment that truly touched me was when I launched my small business selling chocolate-covered strawberries in January 2023. Despite promoting it to close friends and family, the first and only order I received for Valentine's Day 2024 came from Keyon. That small act of support reminded me that sometimes help comes from the most unexpected places. Even while navigating his own challenges, Keyon showed generosity and kindness.

Judge Burroughs, I don't know the full details of Keyon's case, but I know the heart and character of the man I worked alongside. I believe he deserves a second chance. He is a good father, a loyal friend, a dedicated employee, and a young man who is still trying to find his path through life.

When I learned from his mother, Lakeshia, that he had been incarcerated just one day after I delivered him a bouquet he had ordered for Valentine's Day, I was truly heartbroken. Our entire staff was shaken. His presence has been missed deeply, not just because of the work he did, but because of the positive light he brought into the room every day.

I'm manifesting that Keyon is freed sooner rather than later. When that time comes, I am committed to continuing to be a part of his support system. If he still has an interest in management, I will personally help him find opportunities, connect him with professionals, and ensure he has the resources to succeed. I truly want to see him win in life—and I know he will, because of his drive, heart, and resilience.

To Keyon: I miss you. I pray you remain strong and grounded. Don't give up on yourself—you have a team of people, including your family and me, who believe in you.

Thank you, Judge Burroughs, for taking the time to read this letter about a truly remarkable young man, Keyon Roberson.

With respect and sincerity,
**Kellina Abrahams**
Former General Manager
Planet Fitness, Central Square